

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00182-CV

**IN RE C.R.W.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2022JUV00387
Honorable Jacqueline Herr-Valdez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the juvenile court's corrected order of adjudication and corrected order modifying disposition commitment to the Texas Juvenile Justice Department, both rendered March 7, 2024, but signed March 19, 2024, are AFFIRMED. The motion to withdraw filed by appellant's counsel is DENIED. Costs are not assessed against appellant because he qualifies as indigent.

SIGNED January 29, 2025.

_____
Irene Rios, Justice